CLOSED,JURY,TRADEMARK

# U.S. District Court
## Eastern District of Virginia – (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:18–cv–00217–LO–TCB

| | |
|---|---|
| Pollo Campestre, S.A. DE C.V.'S v. Campero, Inc. | Date Filed: 02/27/2018 |
| Assigned to: District Judge Liam O'Grady | Date Terminated: 12/21/2018 |
| Referred to: Magistrate Judge Theresa Carroll Buchanan | Jury Demand: Plaintiff |
| Cause: 15:1071 Appeal of Decision of U.S. Patent & Trademark Office | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Pollo Campestre, S.A. DE C.V.'S**      represented by   **Todd Lee Juneau**
*TERMINATED: 08/06/2018*                                  Juneau & Mitchell IP Law Firm
                                                          1727 King Street
                                                          Suite 300
                                                          Alexandria, VA 22314
                                                          703–548–3569
                                                          Fax: 703–940–1142
                                                          Email: todd@juneaupartners.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Campestre, S.A. DE C.V.**              represented by   **Todd Lee Juneau**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Campero, Inc.**                        represented by   **Bradford James Kelley**
                                                          Arnall Golden Gregory LLP (DC)
                                                          1775 Pennsylvania Avenue NW
                                                          Suite 1000
                                                          Washington, DC 20006
                                                          202–677–4030
                                                          Fax: 202–677–4921
                                                          Email: bradford.kelley@agg.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Campero International Holdings Limited**   represented by   **Bradford James Kelley**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Campero International Limited**        represented by   **Bradford James Kelley**
                                                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1–10**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2018 | Ï 1 | COMPLAINT against Campero, Inc. filed by Pollo Campestre, S.A. DE C.V.'S.(Filing fee $ 400.00, receipt number 0422–5954800). (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Certificate of Service)(pmil, ) Modified to correct filing date on 3/1/2018 (dvanm, ). (Entered: 02/28/2018) |
| 02/20/2018 | Ï 2 | NOTICE of Appearance by Todd Lee Juneau on behalf of Pollo Campestre, S.A. DE C.V.'S (pmil, ) Modified to correct filing date on 3/1/2018 (dvanm, ). (Entered: 02/28/2018) |
| 02/20/2018 | Ï 3 | Financial Interest Disclosure Statement (Local Rule 7.1) by Pollo Campestre, S.A. DE C.V.'S. (pmil, ) Modified to correct filing date on 3/1/2018 (dvanm, ). (Entered: 02/28/2018) |
| 02/28/2018 | Ï 4 | Report on the filing or determination of an action regarding trademark no. 86416926. (pmil, ) (Entered: 02/28/2018) |
| 03/01/2018 | Ï 5 | CORRECTED Report on the filing or determination of an action regarding patent and/or trademark(s) 86416926. (dvanm, ) (Entered: 03/01/2018) |
| 05/17/2018 | Ï 6 | Proposed Summons *to Campero, Inc.* by Pollo Campestre, S.A. DE C.V.'S. (Juneau, Todd) (Entered: 05/17/2018) |
| 05/18/2018 | Ï 7 | Summons Issued as to Campero, Inc. NOTICE TO ATTORNEY: Print out two electronically issued summons and one copy of the attachment for each defendant to be served with the complaint. (Attachments: # 1 Notice)(pmil, ) (Entered: 05/18/2018) |
| 05/30/2018 | Ï 8 | SUMMONS Returned Executed as to Campero, Inc.; served on 5/18/2018, answer due 6/8/2018 (pmil, ) (Entered: 05/30/2018) |
| 06/08/2018 | Ï 9 | NOTICE of Appearance by Bradford James Kelley on behalf of Campero, Inc. (Kelley, Bradford) (Entered: 06/08/2018) |
| 06/08/2018 | Ï 10 | Consent MOTION for Extension of Time to File Answer re 1 Complaint, *filed* by Campero, Inc.. (Kelley, Bradford) (Entered: 06/08/2018) |
| 06/08/2018 | Ï 11 | Memorandum in Support re 10 Consent MOTION for Extension of Time to File Answer re 1 Complaint, *filed* filed by Campero, Inc.. (Attachments: # 1 Proposed Order)(Kelley, Bradford) (Entered: 06/08/2018) |
| 06/08/2018 | Ï 12 | Notice of Hearing Date set for June 15, 2018 re 10 Consent MOTION for Extension of Time to File Answer re 1 Complaint, *filed* (Kelley, Bradford) (Entered: 06/08/2018) |
| 06/09/2018 | Ï 13 | Financial Interest Disclosure Statement (Local Rule 7.1) by Campero, Inc.. (Kelley, Bradford) (Entered: 06/09/2018) |
| 06/11/2018 | Ï | Set Deadlines as to 10 Consent MOTION for Extension of Time to File Answer re 1 Complaint, *filed*. Motion Hearing set for 6/15/2018 at 10:00 AM in Alexandria Courtroom 500 before Magistrate Judge Theresa Carroll Buchanan. (clar, ) (Entered: 06/11/2018) |
| 06/11/2018 | Ï | MOTIONS REFERRED to Magistrate Judge: Buchanan. 10 Consent MOTION for Extension of Time to File Answer re 1 Complaint, *filed* (clar, ) (Entered: 06/11/2018) |

| | | |
|---|---|---|
| 06/11/2018 | 14 | ORDER granting 10 Motion for Extension of Time to Answer. Signed by Magistrate Judge Theresa Carroll Buchanan on 6/11/2018. (rban, ) (Entered: 06/11/2018) |
| 06/25/2018 | 15 | Motion to appear Pro Hac Vice by Jeffrey S. Jacobovitz and Certification of Local Counsel Bradford J. Kelley Filing fee $ 75, receipt number 0422−6148077. by Campero, Inc.. (Kelley, Bradford) (Entered: 06/25/2018) |
| 06/25/2018 | 16 | ORDER granting 15 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 06/25/18. (pmil, ) (Entered: 06/26/2018) |
| 07/09/2018 | 17 | MOTION to Dismiss *For Lack of Personal Jurisdiction* by Campero, Inc.. (Attachments: # 1 Proposed Order)(Kelley, Bradford) (Entered: 07/09/2018) |
| 07/09/2018 | 18 | Memorandum in Support re 17 MOTION to Dismiss *For Lack of Personal Jurisdiction* filed by Campero, Inc.. (Attachments: # 1 Exhibit Duran Declaration, # 2 Duran Declaration Exh. 1, # 3 Duran Declaration Exh. 2, # 4 Duran Declaration Exh. 3)(Kelley, Bradford) (Entered: 07/09/2018) |
| 07/09/2018 | 19 | Motion to appear Pro Hac Vice by David S. Lee and Certification of Local Counsel Todd L. Juneau Filing fee $ 75, receipt number 0422−6169154. by Pollo Campestre, S.A. DE C.V.'S. (Attachments: # 1 Letter)(Juneau, Todd) (Entered: 07/09/2018) |
| 07/10/2018 |  | Notice of Correction re: 17 MOTION to Dismiss *For Lack of Personal Jurisdiction*. The filing user has been notified to file a Notice of Hearing Date. (pmil, ) (Entered: 07/10/2018) |
| 07/10/2018 | 20 | Notice of Hearing Date set for August 24, 2018 re 17 MOTION to Dismiss *For Lack of Personal Jurisdiction* (Kelley, Bradford) (Entered: 07/10/2018) |
| 07/11/2018 |  | Set Deadlines as to 17 MOTION to Dismiss *For Lack of Personal Jurisdiction*. Motion Hearing set for 8/24/2018 at 10:00 AM in Alexandria Courtroom 600 before District Judge Liam O'Grady. (clar, ) (Entered: 07/11/2018) |
| 07/16/2018 | 21 | ORDER granting 19 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 07/16/18. (pmil, ) (Entered: 07/16/2018) |
| 07/23/2018 | 22 | RESPONSE to Motion re 17 MOTION to Dismiss *For Lack of Personal Jurisdiction* filed by Pollo Campestre, S.A. DE C.V.'S. (Juneau, Todd) (Entered: 07/23/2018) |
| 07/27/2018 | 23 | STIPULATION *to Extend Time jointly by Defendant Campero and* by Pollo Campestre, S.A. DE C.V.'S. (Juneau, Todd) (Entered: 07/27/2018) |
| 07/27/2018 | 24 | ORDERED that Plaintiff's deadline for submitting a First Amended Complaint is 8/6/2018 and Defendant's deadline for submitting a Reply to the Response to Motion to Dismiss is 8/6/2018. Signed by District Judge Liam O'Grady on 7/27/2018. (rban, ) (Entered: 07/27/2018) |
| 07/30/2018 | 25 | REPLY to Response to Motion re 17 MOTION to Dismiss *For Lack of Personal Jurisdiction* filed by Campero, Inc.. (Kelley, Bradford) (Entered: 07/30/2018) |
| 08/06/2018 | 26 | AMENDED COMPLAINT against All Defendants, filed by Pollo Campestre, S.A. DE C.V.'S. (Attachments: # 1 Exhibit)(Juneau, Todd) (Entered: 08/06/2018) |
| 08/07/2018 |  | Per LO chambers an amended complaint has been filed Mooting the motion to dismiss set for a motion hearing on 8/24/18 (clar, ) (Entered: 08/07/2018) |
| 08/11/2018 | 27 | Proposed Summons by Pollo Campestre, S.A. DE C.V.'S. (Juneau, Todd) (Entered: 08/11/2018) |
| 08/13/2018 | 28 | Summons Issued as to Campero, Inc.. NOTICE TO ATTORNEY: Print out two Electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (Attachments: # 1 Notice)(jlan) (Entered: 08/13/2018) |

| | | |
|---|---|---|
| 08/15/2018 | 29 | Consent MOTION for Extension of Time to File Answer *to Plaintiff's Amended Complaint* by Campero, Inc.. (Kelley, Bradford) (Entered: 08/15/2018) |
| 08/15/2018 | 30 | Memorandum in Support re 29 Consent MOTION for Extension of Time to File Answer *to Plaintiff's Amended Complaint* filed by Campero, Inc.. (Attachments: # 1 Proposed Order)(Kelley, Bradford) (Entered: 08/15/2018) |
| 08/15/2018 | 31 | Notice of Hearing Date *August 17, 2018* re 29 Consent MOTION for Extension of Time to File Answer *to Plaintiff's Amended Complaint* (Kelley, Bradford) (Entered: 08/15/2018) |
| 08/15/2018 | 32 | ORDER granting 29 Motion for Extension of Time to Answer Amended Complaint; Deft Campero, Inc. shall have 30 days to file an Answer or responsive pleading to Pltf's Amended Complaint. Deft Campero, Inc. shall file its Answer or responsive pleading by 9/19/2018. Signed by Magistrate Judge Theresa Carroll Buchanan on 08/15/18. (pmil, ) (Entered: 08/15/2018) |
| 08/23/2018 | 33 | SUMMONS Returned Executed as to Campero International Holdings Limited; served on 8/15/2018, answer due 9/5/2018 (pmil, ) (Entered: 08/24/2018) |
| 08/23/2018 | 36 | SUMMONS Returned Executed as to Campero International Limited; served on 8/15/2018, answer due 9/5/2018 (pmil, ) (Entered: 08/27/2018) |
| 08/26/2018 | 34 | Proposed Summons *to CAMPERO INTERNATIONAL LIMITED* by Pollo Campestre, S.A. DE C.V.'S. (Juneau, Todd) (Entered: 08/26/2018) |
| 08/26/2018 | 35 | Proposed Summons *to Campero International Holdings Limited* by Pollo Campestre, S.A. DE C.V.'S. (Juneau, Todd) (Entered: 08/26/2018) |
| 08/27/2018 | | Per Mr. Juneau, proposed summons request cancelled (pmil, ) (Entered: 08/27/2018) |
| 08/31/2018 | 37 | NOTICE of Appearance by Bradford James Kelley on behalf of Campero International Holdings Limited, Campero International Limited (Kelley, Bradford) (Entered: 08/31/2018) |
| 08/31/2018 | 38 | Consent MOTION for Extension of Time to File Answer *to Plaintiff's Amended Complaint* by Campero International Holdings Limited, Campero International Limited. (Kelley, Bradford) (Entered: 08/31/2018) |
| 08/31/2018 | 39 | Memorandum in Support re 38 Consent MOTION for Extension of Time to File Answer *to Plaintiff's Amended Complaint* filed by Campero International Holdings Limited, Campero International Limited. (Attachments: # 1 Proposed Order)(Kelley, Bradford) (Entered: 08/31/2018) |
| 08/31/2018 | 40 | Notice of Hearing Date set for September 7, 2018 re 38 Consent MOTION for Extension of Time to File Answer *to Plaintiff's Amended Complaint* (Kelley, Bradford) (Entered: 08/31/2018) |
| 08/31/2018 | 41 | Financial Interest Disclosure Statement (Local Rule 7.1) by Campero International Holdings Limited, Campero International Limited. (Kelley, Bradford) (Entered: 08/31/2018) |
| 09/04/2018 | 42 | ORDER granting 38 Motion for Extension of Time to Answer; Campero International Holdings Limited answer due 9/19/2018; Campero International Limited answer due 9/19/2018. Signed by Magistrate Judge Theresa Carroll Buchanan on 09/04/18. (pmil, ) (Entered: 09/04/2018) |
| 09/19/2018 | 43 | MOTION to Dismiss for Lack of Jurisdiction by Campero International Holdings Limited, Campero International Limited, Campero, Inc.. (Attachments: # 1 Proposed Order)(Kelley, Bradford) (Entered: 09/19/2018) |
| 09/19/2018 | 44 | Memorandum in Support re 43 MOTION to Dismiss for Lack of Jurisdiction filed by Campero International Holdings Limited, Campero International Limited, Campero, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Kelley, Bradford) (Entered: 09/19/2018) |
| 09/20/2018 | | |

| | | |
|---|---|---|
| | | Notice of Correction re: 43 MOTION to Dismiss for Lack of Jurisdiction . The filing user has been notified to file a Notice of Hearing Date. (pmil, ) (Entered: 09/20/2018) |
| 09/21/2018 | 45 | Notice of Hearing Date set for November 16, 2018 re 43 MOTION to Dismiss for Lack of Jurisdiction (Kelley, Bradford) (Entered: 09/21/2018) |
| 09/24/2018 | | Set Deadlines as to 43 MOTION to Dismiss for Lack of Jurisdiction . Motion Hearing set for 11/16/2018 at 10:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (klau, ) (Entered: 09/24/2018) |
| 10/03/2018 | 46 | RESPONSE in Opposition re 43 MOTION to Dismiss for Lack of Jurisdiction filed by Campestre, S.A. DE C.V.. (Attachments: # 1 Exhibit Franchise Agreement)(Juneau, Todd) (Entered: 10/03/2018) |
| 10/09/2018 | 47 | REPLY to Response to Motion re 43 MOTION to Dismiss for Lack of Jurisdiction filed by Campero International Holdings Limited, Campero International Limited, Campero, Inc.. (Kelley, Bradford) (Entered: 10/09/2018) |
| 10/10/2018 | 48 | AFFIDAVIT in Opposition re 43 MOTION to Dismiss for Lack of Jurisdiction filed by Campestre, S.A. DE C.V.. (Attachments: # 1 Exhibit Franchise Agreement)(Juneau, Todd) (Entered: 10/10/2018) |
| 11/14/2018 | | Reset Deadlines as to 43 MOTION to Dismiss for Lack of Jurisdiction . Motion Hearing set for 11/16/2018 at 02:00 PM in Alexandria Courtroom 600 before District Judge Liam O'Grady. (Per LO chambers) (clar, ) (Entered: 11/14/2018) |
| 11/14/2018 | | Per LO chambers motions set for 11/16/18 on the pleadings (clar, ) (Entered: 11/14/2018) |
| 11/20/2018 | 49 | SUMMONS Returned Executed as to Campero International Holdings Limited; served 11/01/18 (pmil, ) (Entered: 11/20/2018) |
| 12/21/2018 | 50 | MEMORANDUM OPINION & ORDER– For the reasons stated above, and for good cause shown, 43 Defendants' Motion to Dismiss for Lack of Jurisdiction is hereby DENIED insofar as this case is hereby TRANSFERRED to the United States District Court for the Southern District of Florida. Signed by District Judge Liam O'Grady on 12/21/2018. (See order for further details).(acha, ) (Entered: 12/21/2018) |
| 12/21/2018 | | Case transferred to District of Southern District of Florida. Original file, certified copy of transfer order, and docket sheet sent. (acha, ) (Entered: 12/21/2018) |